1  ROBERTA L. STEELE, SBN 188198 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
2  San Francisco District Office
   450 Golden Gate Avenue, 5th Fl. W, POB 36025
3  San Francisco, CA  94102
   Telephone No. (415) 522-3011
4  Roberta.Steele@eeoc.gov

5  *Attorneys for Plaintiff EEOC*

6

7  BARRY A. HARTSTEIN, SBN 104515 (CA)
   LITTLER MENDELSON, P.C.
8  321 North Clark Street, Suite 1000
   Chicago, IL 60654
9  Telephone No. (312) 795-3260

10 *Attorneys for Defendant*

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14 U.S. EQUAL EMPLOYMENT OPPORTUNITY          Case No.:  2:20-cv-00993-TLN-AC
   COMMISSION,

15

16         Plaintiff,                         **CONSENT DECREE**

17     vs.

18 BROOKDALE SENIOR LIVING
   COMMUNITIES, INC.,

19
           Defendant.
20

21 **I.    INTRODUCTION**

22         1.      This action originated when Gwendolyn Grayson filed a charge of discrimination

23 with the Equal Employment Opportunity Commission (EEOC).  Ms. Grayson alleged that Brookdale

24 Senior Living Inc. ( "Brookdale") discriminated against her in violation of Title VII of the Civil

25 Rights Act of 1964, as amended, (Title VII) when it discharged her from her employment in

26 retaliation for her complaints of race discrimination.

27         2.      On July 18, 2019, the EEOC issued a Letter of Determination with a finding of

28 reasonable cause to believe that Brookdale violated Title VII.  Thereafter, EEOC and Brookdale

1    attempted to conciliate the charge, and conciliation was unsuccessful.

2    　　3.　　The EEOC filed this lawsuit on May 18, 2020, in the United States District Court for

3    the Eastern District of California, alleging that Brookdale violated Title VII when it discharged Ms.

4    Grayson in retaliation for statutorily protected activity.

5    　　4.　　Although Brookdale denies any wrongdoing and denies that it violated Title VII, the

6    parties want to conclude fully and finally all claims arising out of the EEOC's Complaint and Ms.

7    Grayson's charge of discrimination filed with the EEOC, without the burden, expense, and delay of

8    further litigation.

9    **II.　　JURISDICTION AND VENUE**

10   　　5.　　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343

11   and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII

12   of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to

13   Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

14   　　6.　　The employment practices alleged to be unlawful were committed within the

15   jurisdiction of the United States District Court for the Eastern District of California.

16   **III.　　SETTLEMENT SCOPE**

17   　　7.　　This Consent Decree is the final resolution of all allegations of unlawful employment

18   practices contained in Ms. Grayson's discrimination charge, in the EEOC's administrative

19   determination, and in the EEOC's Complaint filed in this lawsuit, including all claims by the parties

20   for attorney fees and costs.

21   　　8.　　No waiver, modification or amendment of any provision of this Consent Decree shall

22   be effective unless made in writing and approved by the Parties to this Decree, and any substantive

23   change, modification or amendment of any provision of this Consent Decree shall also require

24   approval by the Court.

25   　　9.　　This Consent Decree is not an adjudication or finding on the merits of the case.

26   Brookdale makes no admission of wrongdoing, and specifically denies that it violated any federal

27   law, and denies liability for any claim raised in this action.  Brookdale enters into this Consent

28   Decree solely for the purposes of avoiding the expense and inconvenience of further investigation

1  and litigation.

2  **IV.    MONETARY RELIEF**

3      10.    In settlement of this lawsuit, Brookdale agrees to pay Ms. Grayson the total gross

4  amount of Eighty Thousand Dollars ($80,000).  On or before the date this Consent Decree is filed

5  with the Court, the EEOC shall have informed Brookdale in writing of Ms. Grayson's mailing

6  address and provide an IRS form W-9 completed by Ms. Grayson.  Within fifteen (15) working days

7  of the entry of this Consent Decree, Brookdale will deliver two settlement checks in the amounts set

8  forth in subsections (a) and (b) of this paragraph to Ms. Grayson's mailing address by certified mail,

9  return receipt requested.  Brookdale will provide proof of delivery of the settlement checks to the

10  EEOC within ten (10) days after the date on which delivery of those checks is complete.  The two

11  settlement checks shall be made as follows:

12      a.    Wages:  Brookdale will deliver to Ms. Grayson a check in the amount of Six

13  Thousand Dollars ($6,000) representing alleged lost wages.  The check shall be reduced by any

14  applicable deductions for the employee's portion of FICA and by applicable federal and state income

15  tax withholdings related to the payment of employees' wages.  Brookdale shall include a statement

16  of payments and deductions.

17      b.    Compensatory Damages:  Brookdale will deliver to Ms. Grayson a check in

18  the amount of Seventy-Four Thousand Dollars ($74,000) representing alleged compensatory

19  damages.  Brookdale will issue Ms. Grayson an IRS Form 1099 for this payment.

20      c.    Defendant shall simultaneously transmit copies of the checks made payable to

21  Ms. Grayson, together with an accounting of the employee deductions and employer contributions

22  made, and tracking information for the delivery of the checks to EEOC-

23  SEFO_COMPLIANCE@eeoc.gov.

24      d.    Brookdale will not condition the receipt of monetary relief on Ms. Grayson's

25  agreement to:  (a) maintain as confidential the facts and/or allegations underlying her charge and

26  complaint and the terms of this Decree; (b) waive her statutory right to file a future charge with any

27  government agency; (c) refrain from reapplying for a job with Brookdale; and (d) a non-

28  disparagement and/or confidentiality agreement.

1   **V.      INJUNCTIVE AND OTHER RELIEF**

2          **A.      General Provisions**

3          11.      Defendant, including its officers, agents, managers, supervisors, human resource

4   employees and their successors and assigns are enjoined from engaging in practices that retaliate

5   against individuals who engage in statutorily protected activity under Title VII.  Consistent with its

6   existing obligations under Title VII, Defendant shall institute the policies and practices set forth

7   below at its senior living community located at 11550 Education Street, Auburn, California 95602

8   (the "Brookdale Auburn community").

9          12.      As to the Brookdale Auburn community, Defendant will provide prior written notice

10  to any potential purchaser, or a purchaser of all or a portion of its assets, and to any other potential

11  successor, about the allegations raised in the EEOC's complaint, and the existence and contents of

12  this Consent Decree.

13         **B.      Anti-Discrimination Policies and Procedures**

14         13.      Within (60) days from the date of entry of this Consent Decree and for its duration,

15  Defendant shall review and revise as necessary its anti-discrimination policies and procedures that

16  prohibit discrimination and retaliation, explain to employees their rights and responsibilities under

17  Title VII, and are subject to periodic updating to reflect changes in anti-discrimination and anti-

18  retaliation laws.  Brookdale will state to its employees that the policies are promulgated at the

19  direction of and with the endorsement by the highest level of Brookdale management.  These

20  policies and procedures shall be provided to the EEOC for review and comment no later than thirty

21  (30) days prior to distribution.  Within fourteen (14) days of receipt, the EEOC will advise

22  Defendant of any comments.  EEOC agrees to review the proposed policies and procedures in good

23  faith. Thereafter, not later than sixty (60) days after the entry of this Consent Decree, Brookdale

24  shall distribute a written copy of its anti-discrimination and anti-retaliation policies to all its

25  management and non-management employees.  These policies will also be distributed to every

26  employee hired or re-hired during the duration of this Consent Decree.

27         14.      Brookdale's anti-discrimination and anti-retaliation policies shall contain specific

28  provisions relating to Title VII, with special emphasis on its retaliation prohibitions.  The policies

1   will provide a definition of retaliation and must include statements that retaliation against persons

2   who make complaints of discrimination is strictly prohibited.  Brookdale's anti-discrimination and

3   anti-retaliation policy will also include, at a minimum, an express description of 1) what constitutes

4   prohibited discrimination under Title VII and the protections afforded to individuals who engage in

5   statutorily protected activity related to claims of prohibited discrimination, which may include

6   applicants, employees, and former employees; 2) how its officers, agents, managers, supervisors,

7   hiring/interviewing officials, and human resource personnel must respond to individuals who engage

8   in statutorily protected activity; and 3) its obligation to educate its officers, agents, managers,

9   supervisors, hiring/interviewing officials, and human resource personnel about how to respond to

10  complaints of discrimination in a non-retaliatory manner.

11          15.       Within (60) days from the date of entry of this Decree and for its duration, Brookdale

12  shall adopt and implement policies and procedures that specifically advise all managers, supervisors,

13  hiring officials, and human resource personnel of their duty to ensure compliance with its EEO anti-

14  discrimination and anti-retaliation policies emphasizing the prohibition against retaliation.

15  Brookdale shall impose discipline, up to and including termination of employment, upon any

16  supervisor, manager, hiring official, or human resources personnel, who it determines discriminates

17  or retaliates against any applicant, employee, or former employee.

18          16.       If Brookdale modifies any of the policies or procedures identified in paragraph 13-14

19  above as a result of this review, it shall submit to the EEOC for its review and consideration the

20  modified policies and procedures no later than thirty (30) days before adoption.  Within fourteen

21  (14) days of receipt, the EEOC will review the proposed modifications in good faith and advise

22  Brookdale of any comments.

23          **C.      Equal Employment Opportunity Training**

24          17.       Not later than ninety (90) days after entry of this Consent Decree, and annually

25  thereafter, Brookdale shall provide EEO training by a third party EEO consultant to managers,

26  supervisors, and human resources personnel responsible for the Brookdale Auburn community and

27  all employees at the Brookdale Auburn community, which will specifically cover Title VII and its

28  retaliation provisions.  Brookdale shall ensure that the training is developed by a third-party with

1    expertise in anti-harassment, anti-retaliation, and anti-discrimination matters. The trainings shall be

2    aimed at helping attendees understand how to define and identify retaliation against applicants,

3    employees, and former employees, and the steps Brookdale will take to address complaints of

4    discrimination in a non-retaliatory manner.  These trainings shall include detailed fact patterns,

5    scenarios, and/or role plays to illustrate anti-retaliation principles including but not limited to

6    "protected activity," "opposition," "reasonable belief," "participation" in the legal process, "adverse

7    actions" taken against those who engage in protected activity, the nexus between protected activity

8    and adverse action, the legitimate reasons an employer may take action in an alleged retaliation

9    scenario, and "pretextual" reasons that establish proof of a retaliation allegation.  Training content

10   shall also include information about retaliation against management officials who assert their

11   obligation to address claims of retaliation and retaliation against individuals who participate in

12   employer-initiated investigations.  These trainings shall demonstrate Brookdale's understanding of

13   the correct employer responses to individuals who engage in such protected activity.  The training

14   may be by live presentation, on-line interactive training, computer training, or any combination of

15   the foregoing and shall be no less than two (2) hours in duration.  Training materials must be

16   submitted to the EEOC at least thirty (30) days prior to the training session.  Within fourteen (14)

17   days of receipt, the EEOC will advise Brookdale of any comments.  The EEOC agrees to review the

18   proposed training materials in good faith, and will not attempt to require Brookdale to include

19   training beyond the minimum threshold stated in this paragraph.

20        18.      All costs of training shall be borne by Brookdale.  Brookdale shall ensure that

21   participants verify their participation and/or attendance to certify participation in and completion of

22   such training, which it will retain for the duration of this Consent Decree.

23        19.      Brookdale shall notify the EEOC in writing of the completion of the training by all

24   required participants and shall specify the names and job titles of the personnel who participated in

25   and completed the training.  This information shall be provided as part of the report discussed in

26   Paragraph 23 of this Consent Decree.

27        **D.      Employee Records and Employment Reference**

28        20.      Consistent with its existing policy, Brookdale shall provide a neutral job reference for

1    Ms. Grayson, verifying only her dates of employment and position held. This reference shall be

2    provided via uConfirm.  All employment verifications should be directed to www.uconfirm.com or

3    (866) 312-8266 or fax (866) 607-9920.

4         21.    Brookdale shall not disclose any information about or refer to Ms. Grayson's charge

5    of discrimination or this lawsuit in responding to employment reference requests or other

6    information requests about Ms. Grayson, unless required to do so by law or other legitimate business

7    purposes.

8         22.    Brookdale hereby certifies the personnel file of Ms. Grayson does not contain any

9    reference to any charge of discrimination against Brookdale or this lawsuit.

10   **E.    Reporting**

11        23.    Brookdale shall submit a semi-annual report (the "Report") to the San Francisco

12   District Office of the EEOC for a period of two (2) years, which shall be due every six months after

13   the effective date of this Decree, and shall be delivered to the EEOC's dedicated compliance e-

14   mailbox:  EEOC-SEFO_COMPLIANCE@eeoc.gov. within five (5) working days of such due date.

15        a.    The report shall contain the following information and attachments:

16        i.    Certification that Brookdale has:

17        (1)    Maintained and/or updated its written EEO policies and

18        procedures as described in Paragraphs 13-16;

19        (2)    Complied with the training provisions enumerated in

20        Paragraphs 17-19 of this Consent Decree;

21        (3)    Complied with the Notice Posting provision of Paragraph 25 of

22        this Consent Decree; and

23        (4)    Complied with all other provisions of this Consent Decree.

24        b.    Copies of the following documents shall be included with the Report:

25        i.    a copy of the Company's EEO policy and procedures referenced in

26   Paragraph 13 of this Consent Decree;

27        ii.    a sign-in sheet and/or verification form and/or list of the names and job

28   titles of Brookdale's personnel who completed EEO training in connection with this Consent Decree

1    and the dates such personnel; participated in such training; and

2                        iii.       a report of the resolution of each internal formal or informal retaliation

3    complaint made by employees or applicants, including:

4                                   (1)      identification of all individuals involved, including their titles

5                                            and work locations;

6                                   (2)      the particulars of the complaint;

7                                   (3)      a summary of the investigation;

8                                   (4)      the company's determination and any remedial action taken;

9                                   (5)      name(s) and title of individual(s) who received, investigated

10                                           and or otherwise addressed and or took action based on the

11                                           complaint; and

12                                  (6)      upon request, the home address, home and cell phone numbers,

13                                           and e-mail address for any complainants.

14          24.      If applicable, Brookdale shall submit a statement with the Report to the EEOC

15   specifying the areas of noncompliance with the Consent Decree, the reason for the noncompliance,

16   and the steps that were or shall be taken to bring Brookdale into compliance.

17          **F.       Posting**

18          25.      Brookdale shall post a Notice to All Employees.  This Notice is attached as Exhibit A

19   to this Consent Decree.  The Notice shall be posted on a centrally located bulletin board at the

20   Brookdale Auburn community for the duration of the Consent Decree.

21   **VI.    ENFORCEMENT**

22          26.      If the EEOC determines that Brookdale has not complied with the terms of this

23   Consent Decree, the EEOC shall provide written notification of the alleged breach to Brookdale.

24   The EEOC shall not petition the Court for enforcement of this Consent Decree for at least twenty

25   (20) days after providing written notification of the alleged breach.  The 20-day period following the

26   written notice shall be used by the EEOC and Brookdale for good faith efforts to resolve the dispute.

27   **VII.    RETENTION OF JURISDICTION**

28          27.      The United States District Court for the Eastern District of California in Sacramento

1   shall retain jurisdiction over this matter for the duration of this Consent Decree for enforcement

2   purposes.

3   **VIII.   DURATION AND TERMINATION**

4          28.      This Consent Decree shall be in effect for two (2) years from the date of entry of the

5   Decree.  If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds

6   Brookdale to be in violation of the terms of the Consent Decree, the Court may extend the duration

7   of this Consent Decree.

8          Respectfully submitted,

9   Dated:  May 20, 2020

10    BY:  */s/ Roberta L. Steele*              SHARON FAST GUSTAFSON
          Roberta L. Steele                    General Counsel
11        Regional Attorney

12                                             GWENDOLYN Y. REAMS
      U.S. EQUAL EMPLOYMENT                    Associate General Counsel
13    OPPORTUNITY COMMISSION
      San Francisco District Office            Office of the General Counsel
14    450 Golden Gate Ave., 5th Floor West     131 "M" Street NE
      P.O. Box 36025                           Washington, D.C. 20507
15    San Francisco, CA  94102
      Telephone No. (415) 522-3011
16    Fax No. (415) 522-3425
      roberta.steele@eeoc.gov
17
      *Attorneys for Plaintiff EEOC*
18

19
      Dated:  May 20, 2020
20
      BY:  */s/ Barry A. Hartstein*    (as authorized on 5/20/2020)
21        Barry A. Hartstein

22
      LITTLER MENDELSON, P.C.
23    321 North Clark Street, Suite 1000
      Chicago, IL 60654
24    Telephone:  (312) 795-3260

25
      *Attorneys for Defendant BROOKDALE SENIOR LIVING*
26

27

28

<u>**EXHIBIT A**</u>

# NOTICE TO  EMPLOYEES

On ____, 2020, Brookdale Senior Living and the Equal Employment Opportunity entered into an agreement to strengthen Brookdale's equal employment efforts regarding employees at the Brookdale Auburn community. This Notice is to remind all Brookdale Auburn employees of their rights and responsibilities.

**Unlawful Discrimination or Harassment.** Under federal law, it is unlawful for an employer to discriminate or engage in harassment based on race, color, religion, sex, national origin, disability or age (40 or over). This means that a supervisor or manager cannot make decisions about hiring, promotion, pay or other conditions of employment, based on race, color, religion, sex, national origin, disability or age (40 or over).

**Unlawful Retaliation.** It also is unlawful to discriminate, harass  or retaliate against any individual who reports or complains about what he or she believes to be unlawful discrimination based on race, color, religion, sex, national origin, disability or age (40 or over).

**Reporting Improper Conduct.** If you are aware of any events, conduct, or information, which you believe may indicate some improper discrimination, harassment or retaliation, it is very important that you report the information so the necessary steps may be taken to investigate, identify, and promptly remedy any problems. You may report such improper conduct to any of the following:

- Reporting to Brookdale:  Any individual who feels he or she has been treated unfairly or is the subject of discrimination or retaliation based upon his or her protected class should immediately report the matter to the attention of any of the following: Department Manager or Executive Director, Regional or Senior Human Resources Business Partner, District Director of Operations, Regional Vice President of Operations, Vice President of Human Resources, Executive Vice President/Chief People Officer, or the Brookdale Integrity Line at (888)302-3303 or online at brookdale.ethicspoint.com.

- Employees have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission. The EEOC may be reached by telephone at : (800) 849-4230; TDD: (515) 625-5610; ASL Video Phone: (800) 234-5122, Email: info@ask.eeoc.gov; or via its website at  www.eeoc.gov

    You also can contact the EEOC offices at 1301 Clay Street, Suite 1170-N, Oakland, CA  94612; 450 Golden Gate Avenue, 5th Floor West, San Francisco, CA  94102; 96 North Third Street, Suite 250, San Jose, CA  95112; or 2500 Tulare Street, Suite 2601, Fresno, CA  93721

This Notice must remain posted and may not be altered, defaced and/or covered by any other material. Any questions concerning this notice and/or compliance with its terms may be directed to the EEOC's San Francisco District Office at the address and telephone number listed above.