1    ROBERTA L. STEELE, SBN 188198 (CA)
     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
2    San Francisco District Office
     450 Golden Gate Avenue, 5th Fl. W, POB 36025
3    San Francisco, CA  94102
     Telephone No. (415) 522-3011
4    Roberta.Steele@eeoc.gov

5    *Attorneys for Plaintiff EEOC*

6

7    BARRY A. HARTSTEIN, SBN 104515 (CA)
     LITTLER MENDELSON, P.C.
8    321 North Clark Street, Suite 1000
     Chicago, IL 60654
9    Telephone No. (312) 795-3260

10   *Attorneys for Defendant*

11                    UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13   U.S. EQUAL EMPLOYMENT OPPORTUNITY          Case No.:  2:20-cv-00993-TLN-AC
     COMMISSION,
14
                 Plaintiff,
15
          vs.                                   **[PROPOSED] ORDER ENTERING
16                                              CONSENT DECREE**

17   BROOKDALE SENIOR LIVING
     COMMUNITIES, INC.,
18
                 Defendant.
19

20        The Court, having considered the foregoing stipulated agreement of the parties, HEREBY

21   ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this

22   Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without

23   costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the

24   Consent Decree approved herein.

25        IT IS SO ORDERED.

26

27   Dated: _____        _____
                                    HON.
28                                  United States District Court Judge

[PROPOSED] ORDER ENTERING                        1                  CASE NO. 2:20-cv-00993-TLN-AC
CONSENT DECREE

1    Presented by:

2    BY:  */s/ Roberta L. Steele*               SHARON FAST GUSTAFSON

3         Roberta L. Steele                     General Counsel
          Regional Attorney

4                                               GWENDOLYN Y. REAMS
     U.S. EQUAL EMPLOYMENT                      Associate General Counsel

5    OPPORTUNITY COMMISSION
     San Francisco District Office             Office of the General Counsel

6    450 Golden Gate Ave., 5ᵗʰ Floor West      131 "M" Street NE
     P.O. Box 36025                            Washington, D.C. 20507

7    San Francisco, CA  94102
     Telephone No. (415) 522-3011

8    Fax No. (415) 522-3425
     roberta.steele@eeoc.gov

9
10   *Attorneys for Plaintiff EEOC*

11
12   BY:  */s/ Barry A. Hartstein*    (as authorized on 5/20/2020)
          Barry A. Hartstein
13
14   LITTLER MENDELSON, P.C.
     321 North Clark Street, Suite 1000

15   Chicago, IL 60654
     Telephone:  (312) 795-3260

16
17   *Attorneys for Defendant BROOKDALE SENIOR LIVING*

18
19
20
21
22
23
24
25
26
27
28