ROBERTA L. STEELE, SBN 188198 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Avenue, 5th Fl. W, POB 36025
San Francisco, CA  94102
Telephone No. (415) 522-3011
Roberta.Steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

BARRY A. HARTSTEIN, SBN 104515 (CA)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone No. (312) 795-3260

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.,<br><br>Defendant. | Case No.:  2:20-cv-00993-TLN-AC<br><br>**ORDER ENTERING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

IT IS SO ORDERED.

Dated:  May 20, 2020

Troy L. Nunley
United States District Judge

**1.    Presented by:**

BY: */s/ Roberta L. Steele*
    Roberta L. Steele
    Regional Attorney

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (415) 522-3011
Fax No. (415) 522-3425
roberta.steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

SHARON FAST GUSTAFSON
General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

Office of the General Counsel
131 "M" Street NE
Washington, D.C. 20507


BY: */s/ Barry A. Hartstein*   (as authorized on 5/20/2020)
    Barry A. Hartstein

LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone:  (312) 795-3260

*Attorneys for Defendant BROOKDALE SENIOR LIVING*